**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7348**

MICHAEL S. GORBEY,

             Plaintiff – Appellant,

        v.

STATE OF VIRGINIA, Commonwealth of Virginia, State Capital;
COUNTY OF CULPEPER, VIRGINIA; CLERK'S OFFICE, General
District Court,

             Defendants – Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Raymond A. Jackson, District
Judge.  (2:09-cv-00205-RAJ-JEB)

Submitted:  December 17, 2009        Decided:  January 5, 2010

Before MICHAEL, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael S. Gorbey, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael S. Gorbey appeals the district court's order dismissing this action without prejudice because Gorbey failed to comply with a court order.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. <u>Gorbey v. Virginia</u>, No. 2:09-cv-00205-RAJ-JEB (E.D. Va. June 25, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] The district court ordered Gorbey to pay a filing fee and complete a questionnaire particularizing the factual allegations of his 42 U.S.C. § 1983 claim or risk dismissal of the action.

2